The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RIGOBERTO CASTELLANO HERRERA, <br><br> Defendant. | NO. CR16-306JLR <br><br> [PROPOSED] ORDER |

Leave of Court is GRANTED for the government's dismissal without prejudice of the Indictment, dated December 8, 2016, in the above-captioned matter charging the defendant, RIGOBERTO CASTELLANO HERRERA, with a violation of Title 21, United States Code, Section 841(a).

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case as to this Defendant are dismissed, without prejudice.

Dated this 13th day of December, 2016

_____
HON. JAMES L. ROBART
United States District Judge

ORDER/HERRERA - 1
No. CR16-306JLR

1 | Presented by:

2 |

*s/ Steven T. Masada*

3 | STEVEN T. MASADA
Assistant United States Attorney

4 |

5 |

6 |

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

ORDER/HERRERA - 2
No. CR16-306JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970